UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BHF CENTRAL, LLC and
HARRY and BARBARA FRIEDMAN,

        Plaintiffs,

v.                                            Case No.  8:15-cv-2871-T-24 TGW

SCOTTSDALE INSURANCE
COMPANY,

        Defendant.
_____/

## ORDER

This cause comes before the Court on Defendant's Motion to Stay or Abate the Lawsuit Pending Appraisal.  (Doc. No. 6).  Plaintiffs do not oppose the motion.  (Doc. No. 7, 8).

Plaintiffs filed suit against Defendant, alleging that Defendant breached the parties' property insurance contract by failing to pay the full benefits that Plaintiffs believe that they are entitled to under the policy.  (Doc. No. 2).  In response, Defendant invoked the insurance policy's appraisal provision and asks that this Court stay this case while the parties attempt to resolve the case through mediation and appraisal.  (Doc. No. 6).  Plaintiffs agree to Defendant's motion.  As a result, the parties intend to mediate this case with Rex Delcamp on February 22, 2016, and if mediation fails, they intend to resolve the dispute over the value of the property and the amount of the loss through the policy's appraisal process.

Accordingly, it is ORDERED AND ADJUDGED that:

    (1)    Defendant's motion to stay this case (Doc. No. 6) is **GRANTED**.

    (2)    The Clerk is instructed to **ADMINISTRATIVELY CLOSE** this case.

    (3)    Plaintiffs are directed to file a status report by March 1, 2016 that informs the

Court of the status of the mediation. If the mediation results in an impasse, Plaintiffs are directed to file a status report every ninety days until the appraisal process is completed. Additionally, Plaintiffs are directed to file a status report within two weeks after the appraisal process is completed to inform the Court of the results of the appraisal process and the status of this case.

**DONE AND ORDERED** at Tampa, Florida, this 26th day of January, 2016.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record